842 A.2d 63

**STATE of Maryland**

v.

**Terrence TOLBERT.**

**No. 83, Sept. Term, 2003.**

Court of Appeals of Maryland.

Feb. 11, 2004.

Annabelle L. Lisic, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of Maryland, on brief), for appellant.

William E. Nolan, Asst. Public Defender (Stephen E. Harris, Public Defender, on brief), for appellee.

Argued before BELL, C.J., and RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA, JOHN C. ELDRIDGE, (Retired, Specially Assigned), JJ.

**ORDER**

PER CURIAM.

For reasons to be stated in an opinion later to be filed, it is this 11th day of February, 2004,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Circuit Court for Anne Arundel County be, and it is hereby, reversed, and the case is remanded to the Circuit Court for Anne Arundel County for trial. Costs to be paid by Terrence Tolbert. Mandate to issue forthwith.